CLD-209                                                           **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1691
_____

IN RE:  PAUL GENE ROCKWOOD, JR.,
                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 1-16-cv-00332)
District Court Judge: Yvette Kane

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 4, 2017
Before:  SHWARTZ, NYGAARD, and FISHER, Circuit Judges

(Opinion filed: May 9, 2017)
_____

OPINION*
_____

PER CURIAM

    In February 2016, Paul Gene Rockwood, Jr. filed a petition pursuant to 28 U.S.C.

§ 2241 in the United States District Court for the Middle District of Pennsylvania.  By

order and memorandum entered on April 28, 2017, the District Court denied Rockwood's

§ 2241 petition and declined to issue a certificate of appealability.  Rockwood now seeks

a writ of mandamus directing the District Court to act on his § 2241 petition.  Because the

_____
* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

District Court has already denied Rockwood's § 2241 petition, we will dismiss as moot his petition for a writ of mandamus.  See In re Austrian & German Holocaust Litig., 250 F.3d 156, 162-63 (2d Cir. 2001) (per curiam) (mandamus petition requesting that court of appeals compel district court action generally may be dismissed as moot upon district court's entry of final order).